In the Matter of NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES et al., Respondents, v LAUREN LANTERMAN et al., Appellants.

Submitted January 11, 2010; decided January 14, 2010

Reported below, 62 AD3d 1109.

Motion by New York State United Teachers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLLMAN LOPEZ, Appellant.

Submitted January 11, 2010; decided January 14, 2010

Reported below, 65 AD3d 1166.

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD MACK, Appellant.

Submitted December 28, 2009; decided January 14, 2010

Reported below, 65 AD3d 558.

Motion for assignment of counsel granted and Gary Muldoon, Esq., care of Muldoon & Getz, 144 Exchange Blvd., Suite 402, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.